# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**ELMER W. GERMAN**                                                                **PLAINTIFF**

**v.**                                                                              **No. 2:06CV117-D-B**

**CORRECTIONS CORPORATION OF AMERICA**                                             **DEFENDANT**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant case is hereby **DISMISSED** with prejudice as frivolous, counting as a "strike" under 28 U.S.C. §§ 1915 (e)(2)(B)(i) and 1915(g).

**SO ORDERED,** this the 5th day of September, 2006.

                                                          /s/ Glen H. Davidson
                                                          CHIEF JUDGE